```
 1
 2
 3
 4
 5
 6
 7
```

                        UNITED STATES DISTRICT COURT

                       CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY BERNARD LACY, | ) | No. ED CV 19-0610-GW (PJW) |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING PETITION AND |
| | ) | DENYING CERTIFICATE OF |
| v. | ) | APPEALABILITY |
| | ) | |
| J.A. LIZARRAGA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On April 3, 2019, Petitioner filed the instant habeas petition, ED CV 19-0610-GW (PJW), in which he challenges his January 2016 state convictions for oral copulation or sexual penetration of a child ten years of age or younger and committing lewd acts upon a child under the age of 14. He claims that the trial court's exclusion of evidence violated his constitutional right to due process and a fair trial. On April 5, 2019, the Court ordered Respondent to file a response.

The Court has since learned that, on April 2, 2019, Petitioner filed a habeas petition in this court challenging the exact same convictions on the exact same grounds. *See Lacy v. Lizarraga*, ED CV 19-0583-DDP (KES). Thus, the instant case, ED CV 19-0610-GW (PJW), is duplicative and is hereby dismissed.

Finally, because Petitioner has not made a substantial showing of the denial of a constitutional right or that the Court erred in its procedural ruling, Petitioner is not entitled to a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b);

IT IS SO ORDERED.

DATED: <u>April 30, 2019</u>.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\javiergonzalez\AppData\Local\Temp\notes95E17C\proposed order.wpd

2