JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BERNARD LACY, | CASE NO. ED CV 19-0610-GW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| J.A. LIZARRAGA, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 30, 2019.

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

C:\Users\javiergonzalez\AppData\Local\Temp\notes95E17C\Judgment.wpd